

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WASHINGTON McCASKILL | DOCKET NO. 09-CV-2233; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| W. RYDER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and malicious pursuant to 28 U.S.C. §1915(e).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 28th day of September, 2010.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**